UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **LINDA ELLISON AND ELAINE BEELER, NEXT OF KIN OF HELEN RUTHERFORD DECEASED,** | ) | |
| Plaintiffs, | ) | Case No. ______________ |
| vs. | ) | |
| **C.R. BARD, INC., AND DAVOL, INC.** | ) | |
| Defendants. | ) | |

**DEFENDANT DAVOL INC.'S AND DEFENDANT C.R. BARD INC.'S**
**NOTICE OF REMOVAL**

Defendants Davol Inc. ("Davol") and C.R. Bard, Inc. ("Bard"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, file this Notice of Removal ("Notice") of this action from the Circuit Court for Knox County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Knoxville. In support of removal, Defendants respectfully state as follows.

**I.**

**THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

1. Plaintiffs filed a lawsuit against Bard and Davol in the Circuit Court for Knox County, Tennessee, on or about March 10, 2008. Both Bard and Davol were served on March 13, 2008. This Notice of Removal is being filed within 30 days of the first date on which this action became removable, and so it is timely pursuant to 28 U.S.C. § 1446(b).

2. The Circuit Court for Knox County, Tennessee is located within the Eastern District of Tennessee, Knoxville Division, and therefore venue is proper in this Court pursuant to 28 U.S.C.

§ 123(b)(1) because it is "the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a); *see* 28 U.S.C. § 123(a)(1).

3. No further proceedings have been had in the state court action.

4. No previous application has been made for the relief requested here.

5. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served on Bard and Davol to date are attached as Ex. A.

6. A copy of the written notice required by 28 U.S.C. § 1446(d) is attached as Ex. B and is being filed in the Circuit Court for Knox County, Tennessee, and served on Plaintiff.

**II.**

**THIS COURT HAS DIVERSITY JURSIDICTION**

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000, and there is complete diversity of citizenship between Plaintiff and Bard and Davol. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

**A.**

**The Parties are Completely Diverse**

8. The deceased was a resident and citizen of Knox County, Tennessee. (*See* Compl. ¶ 1.)

9. Defendant Davol is, and has been at all relevant times, a corporation organized under the laws of the State of Delaware with its principal place of business in Rhode Island. Accordingly, Davol is a citizen of those two states. *See* 28 U.S.C. § 1332(c)(1).

10. Defendant Bard is, and has been at all relevant times, a corporation organized under the laws of New Jersey with its principal place of business in New Jersey. Accordingly, Bard is a citizen of New Jersey. *See* 28 U.S.C. § 1332(c)(1).

## B.

## The Amount in Controversy Requirement is Satisfied

11. Plaintiffs expressly seek damages "of not less than Three Million Dollars ($3,000,000.00)." (Compl. ¶ Prayer for Relief.) Plaintiffs' Complaint states that more than $75,000 is actually in controversy, and therefore the amount-in-controversy of 28 U.S.C. § 1332(a) has been met.

WHEREFORE, Defendant Davol Inc. and Defendant C.R. Bard, Inc. respectfully remove this action from the Circuit Court in and for Knox County, Tennessee, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Should any question arise as to the propriety of this removal, Defendants respectfully request an opportunity to provide briefing and oral argument.

Dated: March 19, 2008

Respectfully submitted,

Andrew L. Colocotronis (BPR #17052)
R. Brad Morgan (BPR #24620)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37902
(865) 549-7000

*Attorneys for Defendants Davol Inc. and C.R. Bard, Inc.*

*of Counsel:*

Kirby T. Griffis, Esq.
Michael L. Junk, Esq.
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005
(202) 989-5800
(202) 682-1639 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Removal has been served upon the following counsel for parties in interest herein by delivering same to the offices of said counsel, or by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

R.D. Hash
211 Ellis Avenue
Maryville, Tennessee 37804

Cathy Morton
NICHOLSON & MORTON
609 Smithview Drive
P.O. Box 4397
Maryville, Tennessee 37802

This 19th day of March, 2008.

Attorney



K DEP 210315 v1
0-0 3/19/2008