**IN THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE**

| | | |
|---|---|---|
| **LINDA ELLISON AND ELAINE BEELER, NEXT OF KIN OF HELEN RUTHERFORD, DECEASED,** | ) | |
| Plaintiff, | ) | No. 3-100-08<br>Jury Demanded |
| vs. | ) | |
| **C.R. BARD, INC. AND DAVOL INC.,** | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF REMOVAL**

TO: Catherine Quist
Circuit Court Clerk
400 Main Street
City-County Building
Knoxville, Tennessee 37902

Please take notice that on March 19, 2008, Defendants C.R. Bard, Inc. and Davol Inc., filed a Notice of Removal of this action from the Circuit Court of Knox County, Tennessee, to the United States District Court for the Eastern District of Tennessee. A copy of the Notice of Removal is attached.

You are also advised that on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Eastern District of Tennessee, Defendants also filed copies thereof with the Circuit Court Clerk of the Circuit Court for Knox County, Tennessee, to affect the removal pursuant to 28 U.S.C. § 1446(d).

EXHIBIT B

Respectfully submitted,

Andrew L. Colocotronis (BPR #17052)
R. Brad Morgan (BPR #24620)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37902
(865) 549-7000

*Attorneys for Defendants Davol Inc. and C.R. Bard, Inc.*

*of Counsel:*

Kirby T. Griffis, Esq.
Michael L. Junk, Esq.
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005
(202) 989-5800
(202) 682-1639 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Filing Notice of Removal has been served upon the following counsel for parties in interest herein by delivering same to the offices of said counsel, or by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

R.D. Hash
211 Ellis Avenue
Maryville, Tennessee 37804

Cathy H. Morton
NICHOLSON & MORTON
609 Smithview Drive
P.O. Box 4397
Maryville, Tennessee 37802-4397

This 19th day of March, 2008.

Attorney



K DEP 210311 v1
0-0 3/19/2008