**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

**LINDA ELLISON AND ELAINE BEELER, NEXT OF KIN OF HELEN RUTHERFORD DECEASED,**

Plaintiffs,

vs.

**C.R. BARD, INC., AND DAVOL, INC.**

Defendants.

Case No. ______________

## CORPORATE DISCLOSURE STATEMENT

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby files this Corporate Disclosure Statement, and states as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Respectfully submitted,

Andrew L. Colocotronis (BPR #17052)
R. Brad Morgan (BPR #24620)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37902
(865) 549-7000

*Attorneys for Defendants Davol Inc. and C.R. Bard, Inc.*

*of Counsel:*

Kirby T. Griffis, Esq.
Michael L. Junk, Esq.
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005
(202) 989-5800
(202) 682-1639 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing Corporate Disclosure Statement has been served upon the following counsel for parties in interest herein by delivering same to the offices of said counsel, or by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

R.D. Hash
211 Ellis Avenue
Maryville, Tennessee 37804

Cathy Morton
NICHOLSON & MORTON
609 Smithview Drive
P.O. Box 4397
Maryville, Tennessee 37802

This 19th day of March, 2008.

Attorney