**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **LINDA ELLISON AND ELAINE BEELER, NEXT OF KIN OF HELEN RUTHERFORD DECEASED,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 3:08-cv-00098** |
| **DAVOL INC. and C.R. BARD, INC.,** | ) | **The Hon. Thomas W. Phillips** |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL**

Defendants Davol Inc. ("Davol") and C.R. Bard, Inc. ("Bard") respectfully request that the Court enter an order staying all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this matter pending transfer of this "tag-along" action to the United States District Court for the District of Rhode Island for centralized pretrial proceedings in the multidistrict litigation presently styled as *In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION*, No. 1:07-MDL-1842-ML (D.R.I.) (J. Lisi). The grounds for this motion are set forth more fully below.

**MEMORANDUM IN SUPPORT OF MOTION**

Plaintiffs allege that the Composix® Kugel® Patch, a medical device manufactured and sold by Defendant Davol Inc. and used by the deceased's surgeon in conjunction with the deceased's hernia repair, was defective and unreasonably dangerous when put to its intended use.

This product liability action is but one of a number of related actions filed in federal courts across the country. In 2006, in fact, two plaintiffs who also allege that they sustained

injuries resulting from their receipt and use of the Composix® Kugel® Patch filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") seeking transfer and centralization of all cases involving this medical device pursuant to 28 U.S.C. § 1407. On May 31, 2007, the JPML heard that motion, and on June 22, 2007, the JPML granted the motion for transfer and consolidation. As a result, all federal court cases concerning the Composix® Kugel® Patch have been or imminently will be transferred to the District of Rhode Island for consolidated pretrial proceedings. *See In re Kugel Mesh Hernia Patch Prods. Liab. Litig.*, 493 F. Supp. 2d 1371 (J.P.M.L. 2007).

Based on the JPML's June 22, 2007, Transfer Order, and pursuant to Rules 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 435-36 (2001), a conditional transfer order regarding this action will be issued shortly.[1] Given that the transfer of this action in due course will moot any pretrial requirements and schedules imposed by this Court, Defendants request that all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this case be stayed pending transfer to the United States District Court for the District of Rhode Island.

## CONCLUSION

WHEREFORE, Defendants request that the Court grant this Motion for Stay of Proceedings Pending Transfer to Federal MDL and enter an order staying and/or extending all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this case pending its transfer to the United States District Court for the District of Rhode Island.

[1] Although this case was not the subject of the JPML's original Transfer Order, it was previously noticed as a potential "tag-along action" on March 21, 2008. (*See* Defendants' Sixty-Third Rule 7.5(e) Notice of Potential Tag-Along, *IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION*, MDL Docket No. 1842 (Ex. 1).)

Respectfully submitted,

Dated: April 2, 2008

/s Andrew L. Colocotronis
Andrew L. Colocotronis (BPR # 017052)
R. Brad Morgan (BPR# 024620)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
900 S. Gay Street, Suite 2200
Knoxville, TN 37902
(865) 549-7000

*Attorneys for Defendants Davol Inc.*
*and C.R. Bard, Inc.*

*of Counsel*:

Kirby T. Griffis, Esq.
Michael L. Junk, Esq.
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005
(202) 989-5800
(202) 682-1639 (fax)



533171v1
K RBM1 210875 v1
2905802-000011 4/2/2008

## CERTIFICATE OF SERVICE

I do hereby certify on April 2, 2008, a copy of the foregoing MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

/s Andrew L. Colocotronis



533171v1
K RBM1 210875 v1
2905802-000011 4/2/2008