BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION** | **MDL Docket No. 1842** |

**DEFENDANTS' SIXTY-THIRD 7.5(e) NOTICE OF POTENTIAL TAG-ALONG**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Defendant C.R. Bard, Inc. and Defendant Davol Inc., by and through their counsel of record, hereby give notice, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the existence of the following potential "tag-along actions" in which one or both of Defendants are named. These actions appear to involve common questions of fact with those actions transferred by this Panel's prior order dated June 22, 2007.

**United States District Court for the Eastern District of Tennessee**

*Linda Ellison and Elaine Beeler, Next of Kin of Helen Rutherford, Deceased v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 3:08-cv-00098, Judge Thomas W Phillips.

EXHIBIT
1
tabbies

Respectfully submitted,

Dated: March 21, 2008

SPRIGGS & HOLLINGSWORTH

Kirby T. Griffis /WLT

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**PROOF OF SERVICE**

I hereby certify that on this 21st day of March, 2008, a true and correct copy of the foregoing Defendants' Sixty-Third Rule 7.5(e) Notice of Potential Tag-Along was served via electronic mail and first class mail, postage pre-paid, on the following persons:

| | |
|---|---|
| **Adams & Reese**<br>E. Paige Sensenbrenner, Esq.<br>Paige.Sensenbrenner@arlaw.com | **Counsel for Defendants: Raymond DeCorte, M.D. and Don Ray Guzetta, M.D** |
| **JONES, GREGG, CREEHAN, & GERACE LLP**<br>A. J. Plastino, II, Of Counsel<br>411 Seventh Avenue, Suite 1200<br>Pittsburgh, PA 15219 | **Counsel for Plaintiff: Mary Jean Smith, et al.** |
| **Albert F. Good**<br>100 Capitol Street<br>Suite 905<br>Charleston, WV 25301 | **Counsel for Plaintiffs: Frances Landers and Kenneth D. Landers** |
| **Alley Clark Greiwe & Fulmer**<br>Brenda S. Fulmer<br>701 E Washington Street<br>PO Box 3127<br>Tampa, FL 33601-3127 | **Counsel for Plaintiffs: Kenneth P. Randall and Cheryl M. Randall** |
| **ALVAREZ LAW FIRM**<br>Alejandro Alvarez<br>Alex Alvarez<br>355 Palermo Avenue<br>Coral Gables, FL 33134 | **Counsel for Plaintiff: Antonio Sanchez**<br>**Counsel for Plaintiffs: Clara M. Lord and Kenny Lord** |
| **AMY LYNN EWALD**<br>8357 Alleghenny Grove<br>Victoria, MN 55386 | **Counsel for Plaintiff: Clarice Higgins and Robert Higgins** |
| **ANTHONY J BRUSCATO**<br>P O Box 2374<br>Monroe, LA 71207 | **Counsel for Plaintiff: Barbara Nelson** |

APELT & HRENKO
Ronald A. Apelt
23220 Chagrin Blvd.
Ste. 300
Beachwood, OH 44122

**Counsel for Plaintiff: Scott Beal**

ARNOLD & ITKIN
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, TX 77010

**Counsel for Plaintiff: Juan Ramos**

**Arthur, O'Neil, Mertz & Bates**
Daniel R. Michel
901 Ralston Avenue
Defiance, OH 43512

**Counsel for Plaintiff: Pattie L. Davis and Jerry L. Davis**

**Aubrey T. Givens**
501 Union Street
Suite 307
Nashville, TN 37219

**Counsel for Plaintiff: Sharon Lorance**

**Aylston Witkin & Sasser PLC**
R. Jason Richards
55 Baybridge Drive
Gulf Breeze, FL 32561

**Counsel for Plaintiffs: Neil Montgomery, et al.**

BURKE HARVEY & FRANKOWSKI
One Highland Place
2151 Highland Avenue
Birmingham, AL 35205

**Counsel for Plaintiff: Clarice Higgins and Robert Higgins**

**BURNEY & BURNEY**
J Brent Burney
107 Grant Street SE
PO Box 1474
Decatur, AL 35602

**Counsel for Plaintiff: Carol Whelchel**

BYRD, DAVIS & EISENBERG
Daniel W. Andrews
707 W. 34th Street
Austin, TX 78705

**Counsel for Plaintiff: Sonya Mitchell**

| | |
|---|---|
| **Cable Law Offices**<br>Keith D. Cable<br>907 Tahoe Blvd, Ste 2<br>Incline Village, NV 89450 | **Counsel for Plaintiff: Diann Hendricks** |
| **Callis L. Childs**<br>Attorney at Law<br>243 U.S. Highway 64 East<br>Conway, AR 72032 | **Counsel for Plaintiffs: Carolene Jean Carter, et al.** |
| **Carr & Carr (Tulsa)**<br>A Laurie Koller<br>P O BOX 35647<br>TULSA, OK 74135-0647 | **Counsel for Plaintiff: Tamara Harrington** |
| **Cellino & Barnes, P.C,**<br>17 Court Street, 7th Floor<br>Buffalo, NY 14202 | **Counsel for Plaintiff: Richard Holley, Jr.** |
| **Charles H Johnson & Associates, PA**<br>Charles H Johnson<br>2599 Mississippi St.<br>New Brighton, MN 55113 | **Counsel for Plaintiff: Kevin Eisenschenk**<br>**Counsel for Plaintiff: Tammy Laxton**<br>**Counsel for Plaintiff: Paula P. Thompson**<br>**Counsel for Plaintiff: Richard Clevenger**<br>**Counsel for Plaintiff: Randall Smerud**<br>**Counsel for Plaintiff: Nancy Swafford**<br>**Counsel for Plaintiff: Anton Bokemper**<br>**Counsel for Plaintiff: John E. Walters**<br>**Counsel for Plaintiff: Ruth E. Perman**<br>**Counsel for Plaintiff: Kristina Ouverson**<br>**Counsel for Plaintiff: Maria Lynn Steele**<br>**Counsel for Plaintiff: Michael L. Miller**<br>**Counsel for Plaintiff: Nickie L. Taylor**<br>**Counsel for Plaintiff: Richard W. Hoadley**<br>**Counsel for Plaintiff: John R. Peterson**<br>**Counsel for Plaintiff: Vivian E. Johnston**<br>**Counsel for Plaintiff: Lillian R. Hawkins**<br>**Counsel for Plaintiff: Maria C. Gomez**<br>**Counsel for Plaintiff: Brenda L. DesMarais**<br>**Counsel for Plaintiff: Barbara J. Ripley** |

| | |
|---|---|
| **Recile Griffith Stakelum & Hayes, LLP**<br>Jacqueline Blankenship, Esq.<br>Stephen H. Shapiro<br>One Galleria Blvd, Suite 1100<br>Metairie, LA 70001 | **Counsel for Defendant: Counsel for Defendant Jefferson Parish Hospital Service District No. 2, Parish of Jefferson, State of Louisiana, d/b/a East Jefferson General Hospital** |
| **Cindy L. Hawkins**<br>Attorney at Law<br>P.O. Box 805<br>105 Holcomb Street<br>Springdale, AR 72765-0809 | **Counsel for Plaintiffs: Mary Jane Campbell, et al.** |
| **Climaco, Lefkowitz, Peca, Wilcox & Garofoli**<br>John R. Climaco<br>Ste. 1950<br>55 Public Square<br>Cleveland, OH 44113 | **Counsel for Plaintiff: Janet Nyberg** |
| **COHEN, PLACITELLA & ROTH, PC**<br>Christopher M. Placitella<br>115 Maple Avenue<br>Red Bank, NJ 07701 | **Counsel for Plaintiff: Joseph Girton, Jr.** |
| **Coleman & Edwards**<br>Adam Arthur Edwards<br>4800 Old Kingston Pike<br>Suite 120<br>Knoxville, TN 37919 | **Counsel for Plaintiff: Homer McDowell** |

**Cory Watson Crowder & Degaris**
Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

**Counsel for Plaintiffs: Jane R. Wilson, et al.**
**Counsel for Plaintiff: David Kinney**
**Counsel for Plaintiff: J.W. Collins**
**Counsel for Plaintiff: Victoria McNeir**
**Counsel for Plaintiff: Elmer Knapp**
**Counsel for Plaintiff: Lynn Jones**
**Counsel for Plaintiff: Bonnie Tompkins**
**Counsel for Plaintiff: Brenda Randall**
**Counsel for Plaintiff: Loretta Renee Wilkins**
**Counsel for Plaintiff: Robert Witt**
**Counsel for Plaintiff: Jack Irving**
**Counsel for Plaintiffs: Steven Bost and Donna Byers**
**Counsel for Plaintiff: Sandra Barrientos**
**Counsel for Plaintiff: Roger Crouch**
**Counsel for Plaintiffs: Debra Linden and Timothy Linden**
**Counsel for Plaintiffs: Joyce Hopkins and William Hopkins**
**Counsel for Plaintiffs: William Singer and Theresa Singer**
**Counsel for Plaintiff: Pamela Sepeda**
**Counsel for Plaintiff: Heather Walker**
**Counsel for Plaintiff: Charles Gaddy, Jr**
**Counsel for Plaintiffs: Michael Gardner and Sheryl Gardner**

**Costello, McMahon, & Burke, LTD**
150 N. Wacker Drive, Suite 3050
Chicago, IL 60606

**Counsel for Plaintiffs: Ernest Burge and Sharon Burge**

**Crumley & Associates, P.C.**
Marcus Edward Hayes, Sr.
2400 Freeman Mill Rd., Ste. 200
Greensboro, NC 27406

**Counsel for Plaintiff: Brenda Randall**
**Counsel for Plaintiff: Elmer Knapp**

**Dandar & Dandar, PA**
Kennan George Dandar
550 N Reo St - Ste 106
PO Box 24597
Tampa, FL 33623-4597

**Counsel for Plaintiff: Jason M. Cohn**

**David M. Hicks & Associates**
David M. Hicks
Generally Admitted
7720 Stonebridge Golf Drive
Maryville, IL 62062

**Counsel for Plaintiff: Joyce Rios**
**Counsel for Plaintiff: Jerrie O'Dell**

**DAVID A. HODGES**
Attorney at Law
Centre Place
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429

**Counsel for Plaintiffs: Carolene Jean Carter, et al.**
**Counsel for Plaintiffs: Mary Jane Campbell, et al.**

**DAUGHERTY LAW OFFICES**
George A. Daugherty
22 Reynolds Avenue
Elkview, WV 25071

**Counsel for Plaintiffs: Frances Landers and Kenneth D. Landers**

**DOUGLAS & LONDON**
Michael A. London
111 John Street, 8th Floor
New York, NY 10038

**Counsel for Plaintiffs: John Dileonardo, et al**
**Counsel for Plaintiffs: Florence Horowitz, et al.**
**Counsel for Plaintiffs: Richard Brill and Charlotte Brill, et al.**
**Counsel for Plaintiff: Ronald Lagoe**

**DOUGLAS S. HARRIS**
1698 Natchez Trace
Greensboro, NC 27455

**Counsel for Plaintiff: Angel Marie Wilson, as administratrix of the estate of Brenda Myers**

**DOWDY & COCKERHAM**
Wayne Dowdy
P. O. Box 30
Magnolia, MS 39652

**Counsel for Plaintiff: Margaret Williams**

**Dupee, Dupee & Monroe, P.C.**
30 Matthews Street , P.O. Box 470
Goshen, NY 10924

**Counsel for Plaintiffs: Matthew Mann and Margaret Morrissey**

**Dyer, Garofalo, Mann & Schultz**
Kenneth J. Ignozzi
Ste. 1400
131 North Ludlow Street
Dayton, OH 45402

**Counsel for Plaintiff: Roger Crouch**
**Counsel for Plaintiffs: Debra Linden and Timothy Linden**
**Counsel for Plaintiffs: William Singer and Theresa Singer**

**Eason and Tambornini**
Mathew R. Eason
1819 K Street
Suite 200
Sacramento, CA 95814

**Counsel for Plaintiff: Rodney D. Anglin and Michael W. Anglin**

**Eckley M. Keach, Chtd.**
Eckley M. Keach
520 S. Fourth Street
Las Vegas, NV 89101

**Counsel for Plaintiffs: Judy A. Nichol, et al.**

**Elk & Elk**
Michael L. Eisner
6110 Parkland Blvd.
Mayfield Heights, OH 44124

**Counsel for Plaintiff: Pamela Sepeda**
**Counsel for Plaintiff: Heather Walker**

**ESHELMAN LEGAL GROUP**
Charles Richard Eshelman
205 Portage Trail Extension West
Cuyahoga Falls, OH 44223

**Counsel for Plaintiff: David Kinney**
**Counsel for Plaintiffs: Joyce Hopkins and William Hopkins**

**Friedman Law Offices**
Daniel H. Friedman
3800 Normal Boulevard, Suite 200
Lincoln, NE 68506

**Counsel for Plaintiff: Victoria McNeir**

**Gill Elrod Ragon Owen & Sherman, P.A.**
Marie Bernarde Miller
Metropolitan Tower
425 West Capitol Avenue
Suite 3801
Little Rock, AR 72201-2413

**Counsel for Plaintiff: Max Givens**
**Counsel for Plaintiff: Holly Potts**
**Counsel for Plaintiff: John Kyle**
**Counsel for Plaintiff: Thomas Redding**

**Gray & Ritter, P.C.**
Maurice B. Graham
M. Graham Dobbs
701 Market Street, Suite 800
St. Louis, MO 63101-1826

**Counsel for Plaintiffs: Timothy J. Edgar, et al.**

**GREGORY L. SCHELL, L.L.C.**
Gregory L. Schell
230 South Broad Street
Suite 1050
Philadelphia, PA 19102

**Counsel for Plaintiff: Jacqueline White**

| | |
|---|---|
| **Heninger Garrison Davis, LLC**<br>W. Lewis Garrison<br>Timothy C. Davis<br>William L. Bross<br>2224 1st Avenue North<br>Birmingham, AL 35203 | **Counsel for Plaintiffs: Lilyan Kathleen Hall, et al.**<br>**Counsel for Plaintiff: Clarice Higgins and Robert Higgins** |
| **HENSON & FUERST, P.A.**<br>Carmaletta L. Henson<br>P. O. Box 7008<br>Rocky Mount, NC 27804 | **Counsel for Plaintiff: Jack Irving**<br>**Counsel for Plaintiff: Algia Nelson** |
| **PLATTNER, VERDERAME, PC**<br>316 East Flower Street<br>Phoenix, AZ 85067 | **Counsel for Plaintiff: Carmell R. Adams Bradbury** |
| **Hochman & Plunkett Co., L.P.A.**<br>Gary D Plunkett<br>3077 Kettering Blvd., Suite 210<br>Dayton, OH 45439 | **Counsel for Plaintiffs: Debra Lee Williams and Anthony Williams** |
| **HOLLOWAY BETHEA & OSENBAUGH PLLC**<br>Dan L Holloway<br>3035 NW 63rd<br>Suite 102 N<br>Oklahoma City, OK 73116 | **Counsel for Plaintiff: Maria Chaparro** |
| **HOWIE & SWEENEY, L.L.P.**<br>3811 Turtle Creek Boulevard<br>Suite 1900<br>Dallas, TX 75219 | **Counsel for Plaintiffs: Tina Sue Thetford and Ricky Allen Thetford** |
| **HUGHES & COLEMAN**<br>Lee L. Coleman<br>P.O. Box 10120<br>Bowling Green, KY 42102 | **Counsel for Plaintiff: J.W. Collins** |
| **HUTTON & HUTTON**<br>8100 E. 22nd Street North Building, 1200<br>P.O. Box 638<br>Wichita, KS 67201 | **Counsel for Plaintiff: Harry Barsamian** |

| | |
|---|---|
| **LAW OFFICE OF JEFF S. DANIEL, PC**<br>Jeffrey S. Daniel<br>PO Box 131323<br>Birmingham, AL 35213 | **Counsel for Plaintiff: Donald Ray Horton** |
| **MARTIN L. PEREZ**<br>601 La Mancha No. 1<br>Edinburg, TX 78539 | **Counsel for Plaintiff: Maria Huerta** |
| **John A. Zick**<br>34705 W. Twelve Mile Road<br>Suite 311<br>Farmington Hills, MI 48331-3265 | **Counsel for Plaintiff: Robert D. Hicks** |
| **John D. Sileo**<br>320 N. Carrollton Ave.<br>Suite 200<br>New Orleans, LA 70119 | **Counsel for Plaintiff: Earl Ivey** |
| **JOHN H MODESETT, III**<br>Attorney at Law<br>500 N Water<br>Ste 1200<br>Corpus Christi, TX 78471 | **Counsel for Plaintiff: Catalina Garcia** |
| **Johnson Clifton Larson & Corson, P.C.**<br>Derek C Johnson<br>975 Oak Street<br>Suite 1050<br>Eugene, OR 97401 | **Counsel for Plaintiff: Greg Kuhnle** |

| | |
|---|---|
| **JOHNSON LAW FIRM**<br>Steven Michael Johnson<br>3437 W 7th St<br>Suite 258<br>Fort Worth, TX 76107 | **Counsel for Plaintiff: Hazel Nevil**<br>**Counsel for Plaintiff: Kim Catlett**<br>**Counsel for Plaintiff: Joyce Arnesen**<br>**Counsel for Plaintiff: Vera Clay**<br>**Counsel for Plaintiff: William Doug Devine**<br>**Counsel for Plaintiff: Barbara Durst**<br>**Counsel for Plaintiff: Roseanne Eldred**<br>**Counsel for Plaintiff: Mashell Garrett**<br>**Counsel for Plaintiff: Frank Getcy, Jr.**<br>**Counsel for Plaintiff: Mary Nichols**<br>**Counsel for Plaintiff: Cheryl Light**<br>**Counsel for Plaintiff: Claude Honeycutt**<br>**Counsel for Plaintiff: Lynne Huerta**<br>**Counsel for Plaintiff: Rex Lee**<br>**Counsel for Plaintiff: Janet Loose**<br>**Counsel for Plaintiff: Randal McQuiller**<br>**Counsel for Plaintiff: Rickie Patton**<br>**Counsel for Plaintiff: Patricia Peters**<br>**Counsel for Plaintiff: Mary Polacek**<br>**Counsel for Plaintiff: Maxette Ratliff**<br>**Counsel for Plaintiff: Barbara Rogers**<br>**Counsel for Plaintiff: Mike Rood**<br>**Counsel for Plaintiff: Theresa Smith**<br>**Counsel for Plaintiff: Everett Stafford**<br>**Counsel for Plaintiff: Randall Study**<br>**Counsel for Plaintiff: Valerie Walker**<br>**Counsel for Plaintiff: Dorothy M. Young**<br>**Counsel for Plaintiff: Jonathan Jackson**<br>**Counsel for Plaintiff: Joyce McConathy**<br>**Counsel for Plaintiff: Rita Reed**<br>**Counsel for Plaintiff: Jodi Schaller**<br>**Counsel for Plaintiff: Larry Snider**<br>**Counsel for Plaintiff: Lecey Heckenlively** |
| **Jones, Gregg, Creehan & Gerace**<br>David C. Trimmer, II<br>411 Seventh Avenue<br>Suite 1200<br>Pittsburgh, PA 15219-1905 | **Counsel for Plaintiff: Mary Jean Smith, et al.** |
| **Kabateck Brown Kellner LLP**<br>Brian S Kabateck<br>644 South Figueroa Street<br>Los Angeles, CA 90017 | **Counsel for Plaintiff: John Benson**<br>**Counsel for Plaintiff: Kelley Keinath**<br>**Counsel for Plaintiff: Beverley Doyle** |

**KEATING JONES HUGHES, P.C.**
Robert M. Keating
One Southwest Columbia Street
Suite 800
Portland, OR 97258

**Counsel for Defendant: LEGACY HEALTH SYSTEM, d/b/a Meridian Park Hospital**

**Khorrami Pollard Abir LLP**
Baharak Dejban
444 South Flower Street 33rd Floor
Los Angeles, CA 90071

**Counsel for Plaintiff: John Benson**
**Counsel for Plaintiff: Kelley Keinath**
**Counsel for Plaintiff: Beverley Doyle**

**KIEVIT ODOM & BARLOW**
Bradley Syfrett Odom
635 W. Garden Street
Pensacola, FL 32502

**Counsel for Plaintiffs: Jane R. Wilson, et al.**

**KUTAK ROCK LLP**
William Douglas Martin
214 W. Dickson
Fayetteville, AR 72701

**Counsel for Defendants: Surgical Sense, Inc., WCO Medical Products Corporation**

**Lambert D Dunn, Jr**
6303 N Portland Ave
Suite 300
Oklahoma City, OK 73112

**Counsel for Plaintiff: Kraig Valedez**

**LANGSTON LAW FIRM, PA**
William Monroe Quinn, II
P.O. Box 787
Booneville, MS 38829-0787

**Counsel for Plaintiff: Robert Scott**

**Pollack and Flanders, LLP**
Albert C. Flanders
15 Broad Street
Suite 900
Boston, MA 02109

**Counsel for Plaintiff: Diane C. Andrews**

**Pollack and Flanders, LLP**
Michael Gallant
1250 Connecticut Ave
Suite 200
Washington, DC 20038

**Counsel for Plaintiff: Diane C. Andrews**

| | |
|---|---|
| **LAW OFFICE OF DIANE STERNLIEB**<br>Diane Sternlieb<br>314 Bradley Street<br>Carrolton, GA 30117 | **Counsel for Plaintiff: Sandra Grizzard and Billy Jack Grizzard** |
| **Law Office of Donald D. Zuccarello**<br>Donald D. Zuccarello<br>Nina H. Parsley<br>3209 West End Avenue<br>Nashville, TN 37203 | **Counsel for Plaintiff: George Andrew Luffman**<br>**Counsel for Plaintiffs: Lydia F. Kolb, et al.**<br>**Counsel for Plaintiff: Lattica Lashey Horton**<br>**Counsel for Plaintiffs: Martha Burleson, et al.** |
| **LAW OFFICES OF EDWARD B. CHATOIAN**<br>Frank Lapomardo<br>Edward B. Chatoian II, Esq.<br>2607 Fresno Street<br>Fresno, CA 93721 | **Counsel for Plaintiffs: Frank Lapomardo and Barbara Lapomardo** |
| **Law Offices of Frank O. Hanson, Jr.**<br>Frank O. Hanson, Jr.<br>4401 Gary Avenue<br>Fairfield, AL 35064 | **Counsel for Plaintiffs: David Staton, et al.** |
| **Law Offices of Rodney A. Klein**<br>**Law Offices of Lawrence S. Paikoff**<br>Rodney A. Klein<br>Lawrence S. Paikoff<br>2300 Bell Executive Lane<br>Sacramento, California 95825 | **Counsel for Plaintiffs: Sue Divjak and Jay Childs**<br>**Counsel for Plaintiff: Rocky Bland** |
| **LAW OFFICES OF WILLIAM E. BOURGEOIS**<br>William Borgeois<br>1900 North 18th Street, Suite 452<br>P.O. Box Drawer 2255<br>Monroe, LA 71207-2255 | **Counsel For Defendant: Morehouse General Hospital** |

| | |
|---|---|
| **LEE COSSELL KUEHN & LOVE LLP**<br>Marcelino G. Lopez<br>Nathaniel Lee<br>127 East Michigan Street<br>Indianapolis, IN 46204 | **Counsel for Plaintiff: Teressa Hauk** |
| **LAWTON & CATES**<br>Douglas Phebus<br>10 East Doty<br>Madison, WI 53703 | **Counsel for Plaintiffs: James Daniel Mathein, et al.** |
| **LEE EADON ISGETT AND POPWELL GARY**<br>Walton Popwell, Jr<br>PO Box 1505<br>Columbia, SC 29202 | **Counsel for Plaintiff: Mia Vanboenschoten** |
| **Levy, Ram & Olson LLP**<br>Michael Francis Ram<br>639 Front Street<br>4th Floor<br>San Francisco, CA 94111 | **Counsel for Plaintiff: Joe Phoenix** |
| **LIMBEROPOULOS LAW FIRM**<br>400 N. Ashley Dr., Suite 2150<br>Tampa, FL 33602 | **Counsel for Plaintiff: Clarissa Mahr**<br>**Counsel for Plaintiff: Gerard Destin**<br>**Counsel for Plaintiff: Richard Krywokulski**<br>**Counsel for Plaintiff: Magdi Mahfouz**<br>**Counsel for Plaintiff: Jacqueline Wessler** |
| **Lopez McHugh LLP**<br>Ramon Rossi Lopez<br>100 Bayview Circle<br>Suite 5600, North Tower<br>Newport Beach, CA 92660 | **Counsel for Plaintiffs: Brian Sutton and Deborah Sutton** |
| **LUNDY & DAVIS**<br>Matthew E. Lundy<br>P.O. Box 3010<br>Lake Charles, LA 70602-3010 | **Counsel for Plaintiff: Randall G. Woodard**<br>**Counsel for Plaintiff: Walter W. Rutherford** |