| | |
|---|---|
| **Lundy Law**<br>L. Leonard Lundy<br>1635 Market Street<br>19th Floor<br>Philadelphia, PA 19103 | **Counsel for Plaintiffs: Denver Johnson and Mary Johnson** |
| **MARSHALL HURLEY PLLC**<br>2400 FREEMAN MILL RD.<br>Suite 300, GATEWAY BUSINESS CTR.<br>GREENSBORO, NC 27406 | **Counsel for Plaintiff: William Billings**<br>**Counsel for Plaintiffs: Dennis Wilcox and Debra Wilcox** |
| **Mandelbaum & Schwarz, Ltd.**<br>Kim Irene Mandelbaum<br>2012 Hamilton Lane<br>Las Vegas, NV 89106 | **Counsel for Defendant: Boulder City Hospital** |
| **McDivitt Law Firm, P.C.**<br>Michael David Eric McDivitt<br>19 East Cimarron Street<br>Colorado Springs, CO 80903 | **Counsel for Plaintiffs: Patricia Savin and Joseph Savin** |
| **McMahan Law Firm**<br>John D McMahan<br>323 High Street<br>Chattanooga, TN 37403 | **Counsel for Plaintiff: Grace Murrey and Edward Murrey, IV** |
| **Melat, Pressman, Ezell & Higbie**<br>Justin R. Melat<br>711 South Tejon<br>Colorado Springs, CO 80903 | **Counsel for Plaintiff: Rhonda Evans Barnsbee** |
| **Milberg Weiss LLP**<br>Stephanie Hatzakos<br>One Pennsylvania Plaza<br>New York, NY 10119 | **Counsel for Plaintiff: Frank Cabrera**<br>**Counsel for Plaintiffs: Donna Curtis-Robinson and Joseph Robinson**<br>**Counsel for Plaintiffs: Mary Waters and Lorne Waters**<br>**Counsel for Plaintiffs: Joseph Carioggia and Linda Carioggia**<br>**Counsel for Plaintiffs: Henry Harris and William Harris**<br>**Counsel for Plaintiff: Steve Borkowski and Cheryl Borkowski** |

MORGAN MEYERS
Scott W. Rooney
3200 Greenfield Road
Suite 260
Dearborn, MI 48120-1802

**Counsel for Plaintiff: Sandra Waycaster**

VICKERY, WALDNER & MALLIA, LLP
Michael P. Mallia
One Riverway
Suite 1150
Houston, TX 77056-1920

**Counsel for Plaintiff: Richard Reyna**

**The Miller Firm, LLC**
108 Railroad Ave.
Orange, VA 22960

**Counsel for Plaintiff: Terry Ellington**
**Counsel for Plaintiff: James A. Knight**
**Counsel for Plaintiff: Donna McCartney**
**Counsel for Plaintiff: Doris Denise Beamon**
**Counsel for Plaintiffs Jon Snyder and Lisa Snyder**

**Miller & Wagner, LLP**
S. Michael Rose
2210 N.W. Flanders Street
Portland, OR 97210-3408

MOTLEY RICE LLC
Donald A. Migliori
321 S. Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

**Counsel for Plaintiffs: Sonia Montiel, et al.**
**Counsel for Plaintiff: Lynn Jones**
**Counsel for Plaintiff: Bonnie Tompkins**
**Counsel for Plaintiff: Ralph Wayne Swallow**

MOTLEY RICE LLC
Fred Thompson, III
Rhett D. Klok
Fred Thompson
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

**Counsel for Plaintiffs: Sonia Montiel, et al.**
**Counsel for Plaintiff: Lynn Jones**
**Counsel for Plaintiff: Bonnie Tompkins**

MULLIGAN & BANHAM
Elizabeth Anne Banham
2442 Fourth Avenue, Suite 100
San Diego, CA 92101

**Counsel for Plaintiffs: Wendy H. Risley, et al.**

**Murdock & Associates**
Robert E. Murdock
520 S. 4th Street, Second Floor
Las Vegas, NV 89101

**Counsel for Plaintiffs: Judy A. Nichol, et al.**

**Murray Law Firm**
Douglas R. Plymale
650 Poydras Street
Suite 2150
New Orleans, LA 70130

**Counsel for Plaintiff: Debra S. Williams**
**Counsel for Plaintiff: Janet Nyberg**

**NAPOLI BERN LLP**
Christopher R. LoPalo
115 Broadway, 12th Floor
New York, NY 10006

**Counsel for Plaintiff: Lynne Kavourgias**

**NATHAN & KREVAT**
Paul Krevat
159 Derby Street
Salem, MA 01970

**Counsel for Plaintiff: Phillip Katsaros**

**Neville J. Bedford**
321 South Main Street
5th Floor
Providence, RI 02903-7108

**Counsel for Plaintiff: Doris Denise Beamon**

**NICHOLSON & MORTON**
Cathy H. Morton
PO Box 4397
609 Smithview Dr.
Maryville, TN 37802

**Counsel for Plaintiffs: Linda Ellison and Elaine Beeler, Next of Kin of Helen Rutherford, Deceased**

**NOVAK, ROBENALT & PAVLIK**
Colin P. Sammon
950 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113

**Counsel for Plaintiff: Vicki L. Corley**
**Counsel for Plaintiff: Margaret Sheets**

**Sternlieb & Orleck, PC**
Carol Orleck, Esq.
5 East Broad St.
Newnan, GA 30263

**Counsel for Plaintiff: Sandra Grizzard and Billy Jack Orleck**

| | |
|---|---|
| **Padwa Law**<br>Jeffrey M. Padwa<br>303 Jefferson Blvd.<br>Warwick, RI 02888 | **Counsel for Plaintiffs: Lois Patillo, et al** |
| **Patton Tidwell & Schroeder, LLP**<br>Carly Slack Anderson<br>4605 Texas Blvd<br>PO Box 5398<br>Texarkana, TX 75505-5398 | **Counsel for Plaintiff: Marion Teague** |
| **Parker Waichman Alonso LLP**<br>Jerrold S. Parker<br>Andrew Alonso<br>David Krangle<br>111 Great Neck Road, 1st Floor<br>Great Neck, NY 11021 | **Counsel for Plaintiffs: Florence Horowitz, et al.**<br>**Counsel for Plaintiff: Brian Albert Adkins**<br>**Counsel for Plaintiff: Douglas R. Morris**<br>**Counsel for Plaintiff: Delphine Bond**<br>**Counsel for Plaintiff: Susan K. Dixson and Harland Dixson**<br>**Counsel for Plaintiff: Roberta J. McCormick and Howard N. McCormick**<br>**Counsel for Plaintiff: Brenda Gail Near**<br>**Counsel for Plaintiff: Lenora E. Shopp**<br>**Counsel for Plaintiff: Cheryl S. Carr**<br>**Counsel for Plaintiffs: Scott R. Hollander and Carol Hollander**<br>**Counsel for Plaintiff: Pamala Ann Darsow**<br>**Counsel for Plaintiffs: Janice Mae Benshoff and Robert Benshoff**<br>**Counsel for Plaintiff: Bonnie Rea Cullom**<br>**Counsel for Plaintiff: Richard Randy Hill**<br>**Counsel for Plaintiffs: Tabitha Seaman and Vincent Seaman**<br>**Counsel for Plaintiff: Joanne Wormley**<br>**Counsel for Plaintiff: Michael A. Benjamin**<br>**Counsel for Plaintiff: Bettie Rae Bricker** |
| **PEDROLI & GAUTHIER**<br>Robert H. Pedroli, Jr.<br>7777 Bomhomme Avenue, Suite 2250<br>Clayton, MO 63105 | **Counsel for Plaintiff: Beverly Diffee** |

| | |
|---|---|
| **PHEBUS & KOESTER**<br>Joseph W. Phebus<br>136 W Main Street<br>Urbana, IL 61801 | **Counsel for Plaintiffs: James Daniel Mathein, et al.** |
| **Pierce & Bizal**<br>Gary William Bizal<br>639 Loyola Ave.<br>Suite 1820<br>New Orleans, LA 70113 | **Counsel for Plaintiff: Andy Valence** |
| **Pittman, Dutton, Kirby & Hellums, P.C.**<br>Leigh King Forstman<br>1100 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 | **Counsel for Plaintiff: Stephanie Theoret** |
| **PLACZEK & FRANCIS**<br>Matthew W. Placzek<br>Angela DeSanctis Myers<br>1722 South Glenstone, Suite J<br>Springfield, Missouri 65804 | **Counsel for Plaintiff: Doris Periman** |
| **Pogust & Braslow, LLP**<br>Harris L. Pogust<br>161 Washington Street, Suite 1520<br>Conshocken, PA 19428 | **Counsel for Plaintiffs: Jenine Von Essen, Et al.**<br>**Counsel for Plaintiff: Joanne Gracyk** |
| **POLITO & QUINN**<br>Michael J. Quinn<br>567 Vauxhall St. Ext.<br>Suite 230<br>Waterford, CT 06385 | **Counsel for Plaintiff: Melissa O. Rivers** |
| **POTTS LAW FIRM, LLC**<br>Derek H. Potts<br>715 May Street<br>Suite 100<br>Kansas City, MO 64105 | **Counsel for Plaintiff: Nancy Skillman**<br>**Counsel for Plaintiff: Erma Lee Ellis**<br>**Counsel for Plaintiff: Kathleen Burke**<br>**Counsel for Plaintiff: Ruth Ann Lassey**<br>**Counsel for Plaintiff: Pricilla Milligan**<br>**Counsel for Plaintiff: Max Givens**<br>**Counsel for Plaintiff: Holly Potts**<br>**Counsel for Plaintiff: John Kyle**<br>**Counsel for Plaintiff: Thomas Redding** |

| | |
|---|---|
| **PRICE, WAICUKAUSKI & RILEY, LLC**<br>301 Massachusets Avenue<br>Indianapolis, IN 46204 | **Counsel for Plaintiff: Kori Mueller** |
| **PROVOST UMPHREY LAW FIRM**<br>Christopher T. Kirchmer<br>490 Park Street<br>Beaumont, TX 77701 | **Counsel for Plaintiff: Ruben Cavazos**<br>**Counsel for Plaintiff: Charles Skinner and D'Juanna Skinner**<br>**Counsel for Plaintiff: Arthur J. Halter, Jr.**<br>**Counsel for Plaintiff: Tina Marie Glynn**<br>**Counsel for Plaintiff: Analee Marie Brailas**<br>**Counsel for Plaintiff: Jodies Lynn Luther**<br>**Counsel for Plaintiffs: Philli Stewart, Sr. and Wrennette Stewart** |
| **RAPPAPORT GLASS GREENE & LEVINE LLP**<br>Michael G. Glass<br>1355 Motor Parkway<br>Hauppauge, NY 11749 | **Counsel for Plaintiff: Frank Barone** |
| **Rhonda B Debevec**<br>Rhonda B. Debevec<br>1900 East Ninth Street<br>24 National City Center<br>Cleveland, OH 44114 | **Counsel for Plaintiff: David P. Sherrer and Melissa Sherrer**<br>**Counsel for Plaintiff: James H. Wallace, Jr.** |
| **Robert J. Binstock**<br>4265 San Felipe<br>Suite 1000<br>Houston, TX 77027 | **Counsel for Plaintiff: Ralph Wayne Swallow** |

| | |
|---|---|
| **RODANAST, P.C.**<br>801 Estelle Drive<br>Lancaster, PA 17601 | **Counsel for Plaintiffs: Robert L. Albright and Carla Albright**<br>**Counsel for Plaintiff: Pamela Fay Hopkins**<br>**Counsel for Plaintiff: Chad D. Wolf**<br>**Counsel for Plaintiff: Robert C. Lentz**<br>**Counsel for Plaintiffs: James A. Christeck and Frances A. Christeck**<br>**Counsel for Plaintiff: Bill Doyle**<br>**Counsel for Plaintiffs: Daniel J. Rabatin and Ira L. Rabatin**<br>**Counsel for Plaintiffs: Daniel J. Rabatin and Ira L. Rabatin**<br>**Counsel for Plaintiffs: Marla J. Hale and Tim Hale**<br>**Counsel for Plaintiffs: Luisa Hocevar and Louis P Hocevar**<br>**Counsel for Plaintiffs: Delories L. Martinez and Mario Martinez** |
| **SAIEVA, ROUSELLE, & STINE LLP**<br>Thomas Saieva<br>601 W. Swann Avenue, Suite B<br>Tampa, FL 33603 | **Counsel for Defendants: Town and Country Hospital, LP** |
| **SEEGER WEISS LLP**<br>Christopher A Seeger<br>David R. Buchanan<br>Scott Alan George<br>One William Street<br>New York, NY 10004 | **Counsel for Plaintff: Wendy H. Risley, et al.**<br>**Counsel for Plaintiff: Hadley Scott Smith** |
| **Shindler, Neff, Holmes, Schlageter & Mohler**<br>Kyle A. Silvers<br>1200 Edison Plaza<br>300 Madison Avenue<br>Toledo, OH 43604 | **Counsel for Plaintiff: Dawn Moring** |
| **SHIPMAN & WRIGHT, L.L.P.**<br>Gary K. Shipman<br>11 South Fifth Avenue<br>Wilmington, NC 28401 | **Counsel for Plaintiff: C. Dayton Kirk, M.D.** |

**Sneed Lang PC**
Brian Timothy Inbody
1700 Williams Center Tower I
One West Third Street
Tulsa, OK 74103-3522

**Counsel for Plaintiff: Robert R. West**

**SPANGENBERG, SHIBLEY & LIBER**
Peter J. Brodhead
Nicholas A. Dicello
1900 East Ninth Street, Suite 2400
Cleveland, OH 44114

**Counsel for Plaintiffs: Richard H. Sayler, et al.**

**STEWART & STEWART**
David W. Stewart
931 South Rangeline Road
Carmel, IN 46032

**Counsel for Plaintiffs: Sandra Werking and Jeffrey Werking**

**Sullivan Papain Block McGrath & Cannavo P.C.**
Andrew J. Carboy
120 Broadway, 18th Floor
New York, NY 10271

**Counsel for Plaintiffs: Thomas D. Hyland, et al.**
**Counsel for Plaintiffs: Sophia Katechis, et al.**

**Swensen, Perer & Kontos**
Brian W. DelVecchio
One Oxford Centre
Suite 2501
Pittsburgh, PA 15219

**Counsel for Plaintiff: Marie McCaffrey**

**Taylor Martino, P.C.**
Steven A. Martino
P.O. Box 894
Mobile, AL 36601

**Counsel for Plaintiff: Evelyn Kirby**

**TERRY BRYANT**
West Memorial Office Park
8584 Katy Freeway, Suite 100
Houston, TX 77024

**Counsel for Plaintiff: Robert Witt**
**Counsel for Plaintiff: Loretta Renee Wilkins**
**Counsel for Plaintiff: Charles Gaddy, Jr**
**Counsel for Plaintiffs: Michael Gardner and Sheryl Gardner**
**Counsel for Plaintiffs: Angela Denise Kitchen and Jerry Kitchen**

**Thomas G Eagle Co LPA**
Thomas G Eagle
3386 N State Rt. 123
Lebanon, OH 45036

| | |
|---|---|
| **Thomas Minder and Associates**<br>Jonathan Alan Saul<br>2151 River Plaza Drive, Suite 290<br>Sacramento, CA 95833 | **Counsel for Plaintiffs: Daniel Poston, et al.** |
| **TRAVIS M HOLLEY**<br>P O Drawer 590<br>Bastrop, LA 71220 | **Counsel for Plaintiff: Judith D. Collins**<br>**Counsel for Plaintiffs: Amy Leanne Barlow and John David Barlow** |
| **TURLEY LAW FIRM**<br>Linda Turley<br>6440 N. Central Expressawy<br>1000 Turley Law Center<br>Dallas, TX 75206 | **Counsel for Plaintiffs: Robyn Perkins and Danny Perkins** |
| **Wagner, Crawford and Gambill**<br>Larry J. Wagner<br>416 South Sixth Street<br>P.O. Box 1897<br>Terre Haute, IN 47808-1897 | **Counsel for Plaintiffs: Debra A. Wiltermood and Michael Wiltermood** |
| **WAGSTAFF & CARTMELL, LLP**<br>Jeffrey M. Kuntz<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112 | **Counsel for Plaintiffs: Thomas Duy and Julie Duy**<br>**Counsel for Plaintiff: Wallis Kane**<br>**Counsel for Plaintiff: Connie Rorvig**<br>**Counsel for Plaintiffs: Glen Van Hoose and Debby Van Hoose**<br>**Counsel for Plaintiff: John Whitfield**<br>**Counsel for Plaintiff: Kathleen Burke**<br>**Counsel for Plaintiff: Ruth Ann Lassey**<br>**Counsel for Plaintiff: Pricilla Milligan** |
| **Wexler Toriseva Wallace LLP**<br>Edward A. Wallace<br>Mark R. Miller<br>One N. LaSalle Street, Suite 2000<br>Chicago, IL 60602 | **Counsel for Plaintiffs: Sonia Montiel, et al.**<br>**Counsel for Plaintiff: Bonnie Tompkins**<br>**Counsel for Plaintiff: Jeff Boggs** |
| **Wexler Toriseva Wallace LLP**<br>Teresa C. Toriseva<br>Kathy A. Brown<br>1446 National Road<br>Wheeling, WV 26003 | **Counsel for Plaintiffs: Sonia Montiel, et al.**<br>**Counsel for Plaintiff: Bonnie Tompkins**<br>**Counsel for Plaintiff: Brenda Gayvont**<br>**Counsel for Plaintiff: Kim Bissett and Roger Bissett** |