**Williams Kherkher Hart Boundas, LLP**
David Willis Alexander
Steven J. Kherkher
John T. Boundas
8441 Gulf Freeway, Ste. 600
Houston, TX 77017

**Counsel for Plaintiff: Kathy A. Shepherd**
**Counsel for Plaintiff: Betsy L. Bynum**
**Counsel for Plaintiff: Roy R. Young**
**Counsel for Plaintiff: Carla Jean Eaves**
**Counsel for Plaintiff: Willis C. Gabbard**
**Counsel for Plaintiff: Shirley L. Wright**
**Counsel for Plaintiff: Gladys Mae Fox**
**Counsel for Plaintiff: Mauro L. Cossentino**
**Counsel for Plaintiff: Margaret M. Allison**
**Counsel for Plaintiff: Helmut G. Andres**
**Counsel for Plaintiff: Patricia W. Byrd**
**Counsel for Plaintiff: Joseph Gene Cattell**
**Counsel for Plaintiff: Ivy Jones Collins, III**
**Counsel for Plaintiff: Billy Richardson Davidson**
**Counsel for Plaintiff: Ida F. Dillon**
**Counsel for Plaintiff: Wilma Marguerite Knotts**
**Counsel for Plaintiff: Arthur L. Lewis**
**Counsel for Plaintiff: Roy Edward Newsom**
**Counsel for Plaintiff: Charles M. Nichols**
**Counsel for Plaintiff: Ricky Allen Phares**
**Counsel for Plaintiff: Jocelyn P. Riebe**
**Counsel for Plaintiff: Susan Theresa Roberts**
**Counsel for Plaintiff: Patsy Ann Shepherd**
**Counsel for Plaintiff: Pamela A. Wilson**
**Counsel for Plaintiff: Dorothy May Wurtz-Bright**
**Counsel for Plaintiff: Margurite Adams**
**Counsel for Plaintiff: Christopher B. Brown**
**Counsel for Plaintiff: Roselin J. Castro**
**Counsel for Plaintiff: Donna G. Edens**
**Counsel for Plaintiff: Barbara A. Johnson**
**Counsel for Plaintiff: Susan E. Kasem**
**Counsel for Plaintiff: Dwight D. Whetro**
**Counsel for Plaintiff: Donnie Nunley**
**Counsel for Plaintiff: Allen D. Townsend**
**Counsel for Plaintiff: Clifford Sanford**
**Counsel for Plaintiff: James E. McCormick**
**Counsel for Plaintiff: Alice Marie Barnes**
**Counsel for Plaintiff: Aaron G. Brown**
**Counsel for Plaintiff: Sandra E. Landry**

**Counsel for Plaintiff: Carol Lee Moreau**
**Counsel for Plaintiff: Sharon A. Shafer**
**Counsel for Plaintiff: Anna Marie Vera**
**Counsel for Plaintiff James Anthony Gardner**
**Counsel for Plaintiff: Deborah G. Alford**
**Counsel for Plaintiff: Stephen G. Merritt**
**Counsel for Plaintiff: Robin A. Bolton**
**Counsel for Plaintiff: Mary B. Brown**
**Counsel for Plaintiff: Diana M. Burton**
**Counsel for Plaintiff: Rita D. Chandler**
**Counsel for Plaintiff: William J. Isch**
**Counsel for Plaintiff: Barbara S. Kendall**
**Counsel for Plaintiff: David Leis**
**Counsel for Plaintiff: James B. Samuel**
**Counsel for Plaintiff: Deanne P. Turco**
**Counsel for Plaintiff: Luis Aguilar-Rodriguez**
**Counsel for Plaintiff: Shawn Ray Brown**
**Counsel for Plaintiff: Carol A. Bishop**
**Counsel for Plaintiff: Chester Wilson Brumley**
**Counsel for Plaintiff: Lydia G. Cole**
**Counsel for Plaintiff: Gwen A. Cooney**
**Counsel for Plaintiff: Dorothy M. Davis**
**Counsel for Plaintiff: Dorothy A. Cooney**
**Counsel for Plaintiff: Michele L. Farmer**
**Counsel for Plaintiff: Thomas Joseph Gillogy**
**Counsel for Plaintiff: Rodney Lee Hammonds**
**Counsel for Plaintiff: Jeffrey Clark Hatcher**
**Counsel for Plaintiff: Ronnie Lee Henson**
**Counsel for Plaintiff: Debbie Lynn Hernandez**
**Counsel for Plaintiff: Maurice Patrick Hintz**
**Counsel for Plaintiff: Margaret Ann Ingram**
**Counsel for Plaintiff: Joyce Ann Johnson**
**Counsel for Plaintiff: Marian M .Koryciak**
**Counsel for Plaintiff: Danny Ray Pritchett**
**Counsel for Plaintiff: Donald A. Schwarzenbart**
**Counsel for Plaintiff: Melinda S. Votion**

**Counsel for Plaintiff: Joe S. Larson**
**Counsel for Plaintiff: Howard Ray Maness**
**Counsel for Plaintiff: Darrel J. McMellon**
**Counsel for Plaintiff: Kathlyn Miller**
**Counsel for Plaintiff: David C. Mitter**
**Counsel for Plaintiff: Pamela S. Owens**
**Counsel for Plaintiff: Gracie Denise Owens**
**Counsel for Plaintiff: Elsie J. Patch**
**Counsel for Plaintiff: Theresa Smith**
**Counsel for Plaintiff: Nikki J. Wright**
**Counsel for Plaintiff: Buford H. Adkins**
**Counsel for Plaintiff: Charoletta C. Blackmon**
**Counsel for Plaintiff: Georgiana K. Donohoo**
**Counsel for Plaintiff: Craig E. Freese**
**Counsel for Plaintiff: Richard T. Gillespie**
**Counsel for Plaintiff: Marvin D. Holler**
**Counsel for Plaintiff: Lawrence Paul Horne**
**Counsel for Plaintiff: Warren Scott Hugelier**
**Counsel for Plaintiff: Richard E. Wolfsheimer**
**Counsel for Plaintiff: Ann Margaret Wright**
**Counsel for Plaintiff: W.L. Akins**
**Counsel for Plaintiff: Amado Alejos**
**Counsel for Plaintiff: James C. Andrews**
**Counsel for Plaintiff: David L. Arnold**
**Counsel for Plaintiff: Michele Marie Beck**
**Counsel for Plaintiff: Harry F. Berrios**
**Counsel for Plaintiff: Sandra S. Borowski**
**Counsel for Plaintiff: Ronald Wayne Bradshaw**
**Counsel for Plaintiff: Claudette Dashawn Brown**
**Counsel for Plaintiff: Betty Camus**
**Counsel for Plaintiff: Frances Oveda Carroll**
**Counsel for Plaintiff: Kellie Darlene Deal**
**Counsel for Plaintiff: Josef A. Dillman**
**Counsel for Plaintiff: George Ward Fellabaum**
**Counsel for Plaintiff: Kelly M. Follin**
**Counsel for Plaintiff: Janie Marie Gaines**

**Counsel for Plaintiff: Kristy Lee Geer**
**Counsel for Plaintiff: Harold Gomez**
**Counsel for Plaintiff: Donald N. Gregg**
**Counsel for Plaintiff: Jose L. Gutierrez, Jr.**
**Counsel for Plaintiff: Margo Lynn Hilton**
**Counsel for Plaintiff: Aubrey L. Hineman**
**Counsel for Plaintiff: Joanna P. Kelly**
**Counsel for Plaintiff: Fay M. King**
**Counsel for Plaintiff: Cody R. Klewin**
**Counsel for Plaintiff: Steven L. Lawson**
**Counsel for Plaintiff: David Dean Lay**
**Counsel for Plaintiff: Linda Y. Leonard**
**Counsel for Plaintiff: Levi D. Madison**
**Counsel for Plaintiff: Christine Marie Mallett**
**Counsel for Plaintiff: Ellie Mae Kendrick**
**Counsel for Plaintiff: Trevus Gail Manning**
**Counsel for Plaintiff: Deborah D. McBride**
**Counsel for Plaintiff: Charles Winston McCray**
**Counsel for Plaintiff: Reta Faye Miller**
**Counsel for Plaintiff: John M. Morgan**
**Counsel for Plaintiff: Deward A. Myers**
**Counsel for Plaintiff: Charles S. Nay**
**Counsel for Plaintiff: Linda Sue Nichols**
**Counsel for Plaintiff: William Leonard Norris**
**Counsel for Plaintiff: Blaine O. Allen**
**Counsel for Plaintiff: Katrina Ann Howland**
**Counsel for Plaintiff: Maria Torres**
**Counsel for Plaintiff: Bonnie Louise Adkins**
**Counsel for Plaintiff: Dorothy Kerns Blair**
**Counsel for Plaintiff: Mary H. Brown**
**Counsel for Plaintiff: Shirley Faye Chatham**
**Counsel for Plaintiff: Leonard Clay Davis**
**Counsel for Plaintiff: Lisa Dawn Forsee**
**Counsel for Plaintiff: Anita L. Gaudet**
**Counsel for Plaintiff: Geralyn L. Hurt**
**Counsel for Plaintiff: Hali Anne Joiner**
**Counsel for Plaintiff: Eileen B. Matonak**

**Counsel for Plaintiff: Steve H. McClanahan**
**Counsel for Plaintiff: Regina Ann Banks**
**Counsel for Plaintiff: David Jack Baughn**
**Counsel for Plaintiff: Charles P. Berry**
**Counsel for Plaintiff: William Dan Tuner**
**Counsel for Plaintiff: Randee P. Van Ness**
**Counsel for Plaintiff: Kevin W. Vecchio**
**Counsel for Plaintiff: Daniel E. Velasco**
**Counsel for Plaintiff: Kevin Patrick Walsh, Sr.**
**Counsel for Plaintiff: Helen Faye Wright**
**Counsel for Plaintiff: Anthony j. Zuccarello**
**Counsel for Plaintiff: Thomas Leo Boone**
**Counsel for Plaintiff: Jeanine M. Camacho**
**Counsel for Plaintiff: Amelia M. Cortez**
**Counsel for Plaintiff: Roland J. Gilbert**
**Counsel for Plaintiff: Christopher A. Hargis**
**Counsel for Plaintiff: Jane Ellis O'Connell**
**Counsel for Plaintiff: William N. Klein**
**Counsel for Plaintiff: Jeffrey Terrell Lancaster**
**Counsel for Plaintiff: Teresa C. Martin**
**Counsel for Plaintiff: Kenneth Dean Moats**
**Counsel for Plaintiff: Lloyd Raymond Neal**
**Counsel for Plaintiff: Paula M. O'Brien**
**Counsel for Plaintiff: Kathy B. Peterson**
**Counsel for Plaintiff: Michael Craig Phillips**
**Counsel for Plaintiff: Margaret T. Pieser**
**Counsel for Plaintiff: Stacy L. J. Price**
**Counsel for Plaintiff: Charles A. Rees**
**Counsel for Plaintiff: James A. Reid**
**Counsel for Plaintiff: Tracy S. Reitzel**
**Counsel for Plaintiff: Harold W. Ritchie**
**Counsel for Plaintiff: Terry T. Robinson**
**Counsel for Plaintiff: Alexander Rodriguez**
**Counsel for Plaintiff: Judith Ann Rouiller**
**Counsel for Plaintiff: Hernando Rubio**

Counsel for Plaintiff: Jackie L. Shirley
Counsel for Plaintiff: Olivia Solis
Counsel for Plaintiff: Gerald S. Solomon
Counsel for Plaintiff: Susan Jane Strehlo
Counsel for Plaintiff: Arthur J. Stewart
Counsel for Plaintiff: Tony C. Tambrello
Counsel for Plaintiff: John Walter Althoff
Counsel for Plaintiff: Mary Elizabeth Bio
Counsel for Plaintiff: Laura Lea Barnett
Counsel for Plaintiff: Kathy M. Brewer
Counsel for Plaintiff: Sharon L. Dattilo
Counsel for Plaintiff: Cosimo De Vincentis
Counsel for Plaintiff: Ramona A. Griggie
Counsel for Plaintiff: Alicia L. Morales
Counsel for Plaintiff: Alan George Moses
Counsel for Plaintiff: Carolyn M. Parker
Counsel for Plaintiff: Ruby N. Parks
Counsel for Plaintiff: Michael William Rea
Counsel for Plaintiff: Steven James Tallaksen
Counsel for Plaintiff: James Clinton Thomas
Counsel for Plaintiff: Paul David Bourbon
Counsel for Plaintiff: Tommy Keith Johnson
Counsel for Plaintiff: Terry L. Kelly
Counsel for Plaintiff: Wayne Allen Rourke
Counsel for Plaintiff: Frances L. Rita
Counsel for Plaintiff: Donald G. Johnson
Counsel for Plaintiff: Donna W. Alvarez
Counsel for Plaintiff: Kenneth D. Andrews
Counsel for Plaintiff: Kathryn D. Bailey
Counsel for Plaintiff: James John Bodnar
Counsel for Plaintiff: Melody A. Brown
Counsel for Plaintiff: Alice Marie Bustamante
Counsel for Plaintiff: Andrea D. Dawkins
Counsel for Plaintiff: Anthony J. Dabo, Jr.
Counsel for Plaintiff: David N. Camarote
Counsel for Plaintiff: Kimberlee H. Dean
Counsel for Plaintiff: Ricky Eugene Earnhardt
Counsel for Plaintiff: Bonnie Lou Farmer
Counsel for Plaintiff: Kyle E. Ferdig
Counsel for Plaintiff: Marie Frank

Counsel for Plaintiff: Theresa Garza
Counsel for Plaintiff: Maria Lou Glascock
Counsel for Plaintiff: Tasha D. Hansard
Counsel for Plaintiff: Lori J. Johnson
Counsel for Plaintiff: Rebecca Joanne McCormick
Counsel for Plaintiff: Phyllis J. Miller
Counsel for Plaintiff: Rose Marie Miller-Consoli
Counsel for Plaintiff: Pauline B. Murrell
Counsel for Plaintiff: Connie Mae Painter
Counsel for Plaintiff: Marvin E. Parker
Counsel for Plaintiff: Rachel Ramos
Counsel for Plaintiff: Joeanne Reed
Counsel for Plaintiff: Eleanor Ruth Reynolds
Counsel for Plaintiff: Deborah Lynn Romero
Counsel for Plaintiff: Michael Ruggles
Counsel for Plaintiff: Patty Lou Scott
Counsel for Plaintiff: Nve Leanne Shortnacy-Jackson
Counsel for Plaintiff: Camille Nicole Thompson
Counsel for Plaintiff: Patsy A. Tucker
Counsel for Plaintiff: Ruby M. Vines
Counsel for Plaintiff: Brenda E. Vogan
Counsel for Plaintiff: Richard Lee Wahl
Counsel for Plaintiff: Monty R. Wallace
Counsel for Plaintiff: Thomas H. Walsh
Counsel for Plaintiff: Tina Lee Ward
Counsel for Plaintiff: Tamala Christine Wilson
Counsel for Plaintiff: Dan Lewis Zachariah
Counsel for Plaintiff: Deborah Martina Spicer-Yates
Counsel for Plaintiff: Louis D. Andelmo
Counsel for Plaintiff: Margaret E. Belk
Counsel for Plaintiff: Asha Z. Bowen
Counsel for Plaintiff: Leesa K. Bristow
Counsel for Plaintiff: Terri Ann Bruce
Counsel for Plaintiff: Michael Bolton
Counsel for Plaintiff: Norma Thomas Cartright
Counsel for Plaintiff: Victoria L. Chavez
Counsel for Plaintiff: Andy Cordova

Counsel for Plaintiff: Barbara A. Cornell
Counsel for Plaintiff: Robert Lyn Kearney
Counsel for Plaintiff: Dianna R. Kelley
Counsel for Plaintiff: Valorie Dean Kelly
Counsel for Plaintiff: Peggy O'Neill Little
Counsel for Plaintiff: Gilbert Jeffrey Lyons
Counsel for Plaintiff: Elaine Dorothy Madira
Counsel for Plaintiff: Winnie Maye McCartney
Counsel for Plaintiff: Kathy A. Patterson
Counsel for Plaintiff: Sarah L. Whitmore
Counsel for Plaintiff: Miron D. Bristow
Counsel for Plaintiff: Joe L. Brown
Counsel for Plaintiff: Kelli M. Cecil
Counsel for Plaintiff: William N. DeBoard
Counsel for Plaintiff: Katherine M. Dunn
Counsel for Plaintiff: Romualdo Vences Gama
Counsel for Plaintiff: Karen L. Gates
Counsel for Plaintiff: Guadalupe V. Gonzalez
Counsel for Plaintiff: Delores R. Curry
Counsel for Plaintiff: Sondra Lee Ditty
Counsel for Plaintiff: Kenneth M. Garfono
Counsel for Plaintiff: Joseph Daniel Harb
Counsel for Plaintiff: Travis W. Harris, Jr.
Counsel for Plaintiff: Carl James Johnson
Counsel for Plaintiff: Robert Scott Jones
Counsel for Plaintiff: William O. King
Counsel for Plaintiff: Jeffrey M. Knisbacher
Counsel for Plaintiff: Nadean K. Kovarik
Counsel for Plaintiff: Roger W. Maupin
Counsel for Plaintiff: Bruce Everette Morrison
Counsel for Plaintiff: Melissa Kay Neeley
Counsel for Plaintiff: Pamela Ruth Parker
Counsel for Plaintiff: Brent S. Rice
Counsel for Plaintiff: Tommie J. Thomas
Counsel for Plaintiff: Gairee A. Trigg, Sr.
Counsel for Plaintiff: Mark A. Woods
Counsel for Plaintiff: Carl E. Scott
Counsel for Plaintiff: Paul E. Lang, Sr.
Counsel for Plaintiff: Beverly Ruth Learn

**Counsel for Plaintiff: Dixie Ann Lee**
**Counsel for Plaintiff: Mary Jane Maciel**
**Counsel for Plaintiff: Julie Diane Martin**
**Counsel for Plaintiff: Richard Jay Martin**
**Counsel for Plaintiff: Betty Jo McCrorie**
**Counsel for Plaintiff: Evangeline H. Mercadel**
**Counsel for Plaintiff: Cora L. Metcalf**
**Counsel for Plaintiff: Scott David Montague**
**Counsel for Plaintiff: Jesse A. Moore**
**Counsel for Plaintiff: Paul F. Nystrom**
**Counsel for Plaintiff: Douglas A Salomon**
**Counsel for Plaintiff: Marilyn A. Samet**
**Counsel for Plaintiff: Lucille C. Smith**
**Counsel for Plaintiff: Kate Katherine Taylor**
**Counsel for Plaintiff: Marty D. Tolen**
**Counsel for Plaintiff: Frances Althea Vickery**
**Counsel for Plaintiff: Debbie Lynn Wagner**
**Counsel for Plaintiff: Juan M. Ballesteros**
**Counsel for Plaintiff: Bruce M. Beaudoin**
**Counsel for Plaintiff: Deborah June Bilbrey**
**Counsel for Plaintiff: Mary Jane Bohm**
**Counsel for Plaintiff: Jeri Burger**
**Counsel for Plaintiff: Mary C. Chennault**
**Counsel for Plaintiff: Ella Mae Christensen**
**Counsel for Plaintiff: Jim Edward Curtis**
**Counsel for Plaintiff: Reda M. Dailey**
**Counsel for Plaintiff: Barbara A. Dockery**
**Counsel for Plaintiff: Davida Gavin**
**Counsel for Plaintiff: Joseph William Halfacre**
**Counsel for Plaintiff: Lewis W. Harris**
**Counsel for Plaintiff: Todd R. Johnson**
**Counsel for Plaintiff: Noe C. Juarez**
**Counsel for Plaintiff: Inta Meya**
**Counsel for Plaintiff: James Sterling Mullen**
**Counsel for Plaintiff: Rosalie O'Leary**
**Counsel for Plaintiff: Virginia L. Olsen**
**Counsel for Plaintiff: John E. Palmer**
**Counsel for Plaintiff: Ralph L. Parks**

**Counsel for Plaintiff: Barbara Jean Petry**
**Counsel for Plaintiff: Clinton E. Piper**
**Counsel for Plaintiff: Leora J. Powell**
**Counsel for Plaintiff: Ronald Michael Rosa**
**Counsel for Plaintiff: John Howard Russell**
**Counsel for Plaintiff: Stanley Ray Slone**
**Counsel for Plaintiff: James E. Smiley**
**Counsel for Plaintiff: Vernon G. Stewart**
**Counsel for Plaintiff: Cherie Borst Stockard**
**Counsel for Plaintiff: Sharon D. Thomas-Stewart**
**Counsel for Plaintiff: Remigio B. Troya**
**Counsel for Plaintiff: Morris R. Weibel**
**Counsel for Plaintiff: Brianna M. West**
**Counsel for Plaintiff: Barbara Jean Wright**
**Counsel for Plaintiff: Christopher Batiste**
**Counsel for Plaintiff: Shannon Philburn**
**Counsel for Plaintiff: Karl A. Younger**
**Counsel for Plaintiff: Susan Kay Bestwick**
**Counsel for Plaintiff: Sharon Carrie Conaway**
**Counsel for Plaintiff: David F. Poppy**
**Counsel for Plaintiff: Marisol Soto**
**Counsel for Plaintiff: Steven Torres**
**Counsel for Plaintiff: Charles Robert Anderson, et al**
**Counsel for Plaintiff: Daniel F. Barker, et al**
**Counsel for Plaintiff: Mark C. Sharkozy**
**Counsel for Plaintiff: Edward Navis**
**Counsel for Plaintiff: Janice Sloan**
**Counsel for Plaintiff: Lillian Hernandez**
**Counsel for Plaintiff: Jessie Ann Gifford**
**Counsel for Plaintiff: Terry Lynn Giaccetti**
**Counsel for Plaintiff: Walter R. Grove**
**Counsel for Plaintiff: Dustin R. Wake**
**Counsel for Plaintiff: Jill A. Welmer**
**Counsel for Plaintiff: Thomas Donald Walker**
**Counsel for Plaintiff: Maybel Y. Taylor**

**Affiliated Defense Counsel Affected by this Notice:**

**Baker Donelson Bearman Caldwell & Berkowitz**
Andrew Colocotronis
2200 Riverview Tower
900 South Gay Street
PO BOX 1792
Knoxville, Tennessee 37902

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

/s/ Kirby T. Griffis /MLT
Kirby T. Griffis