CLOSED, PAF, STAYED

# Live Database
# U.S. District Court − Eastern District of Tennessee (Knoxville)
# CIVIL DOCKET FOR CASE #: 3:08−cv−00098

Ellison et al v. C. R. Bard, Inc. et al
Assigned to: District Judge Thomas W Phillips
Referred to: Magistrate Judge C Clifford Shirley
Demand: $3,000,000
Case in other court: Knox County Circuit Court, 3−100−08
Cause: 28:1332 Diversity−Product Liability

Date Filed: 03/19/2008
Date Terminated: 04/25/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Linda Ellison**
*next friend*
Helen Rutherford

represented by **Cathy H Morton**
Nicholson &Morton
609 Smithview Drive
Maryville, TN 37803
865−980−5588
Fax: 865−980−5589
Email: mortonca@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D Hash**
Law Office of R. D. Hash
211 Ellis Avenue
Maryville, TN 37804
423−983−4637
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Beeler**
*next friend*
Helen Rutherford

represented by **Cathy H Morton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D Hash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C. R. Bard, Inc.**

represented by **Andrew L Colocotronis**
Baker, Donelson, Bearman &Caldwell − Knoxville
P O Box 1792
Knoxville, TN 37901−1792
865−549−7000

Email: acolocotronis@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R Brad Morgan**
Baker, Donelson, Bearman &Caldwell − Knoxville
P O Box 1792
Knoxville, TN 37901−1792
(865) 549−7000
Email: bmorgan@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.** represented by **Andrew L Colocotronis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R Brad Morgan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2008 | " 1 | NOTICE OF REMOVAL from Knox County Circuit Court, case number 3−100−08. ( Filing fee $ 350.00 paid ), filed by C. R. Bard, Inc., Davol, Inc. (Attachments: # 1 Exhibit A) Summons issued &complaint, # 2 Exhibit B) Notice of filing)(ADA) (Entered: 03/20/2008) |
| 03/19/2008 | " | Filing fee: $ 350.00, receipt number K3007403 (ADA) (Entered: 03/20/2008) |
| 03/19/2008 | " 2 | Certificate of Corporate Interest by C. R. Bard, Inc. and Davol, Inc. (ADA) (Entered: 03/20/2008) |
| 04/02/2008 | " 3 | MOTION to Stay *of Proceedings Pending Transfer to Federal MDL* by Davol, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Colocotronis, Andrew) (Entered: 04/02/2008) |
| 04/03/2008 | " 4 | ORDER granting 3 MOTION to Stay of Proceedings Pending Transfer to Federal MDL. Signed by District Judge Thomas W Phillips on 4/3/08. (ADA) (Entered: 04/03/2008) |
| 04/25/2008 | " 5 | CERTIFIED TRANSFER ORDER (CTO−18) from the MDL Panel requesting transfer to the USDC Rhode Island. (KMK) (Entered: 04/25/2008) |